NUMBER
13-06-062-CV

 

COURT
OF APPEALS

 

THIRTEENTH
DISTRICT OF TEXAS

 

CORPUS
CHRISTI - EDINBURG

 



 

IN RE LANDMARK
ORGANIZATION, L.P. 

 



 

On
Petition for Writ of Mandamus

 



 

MEMORANDUM
OPINION

 

Before
Justices Hinojosa, Yañez, and Castillo

Per
Curiam Memorandum Opinion

 








Relator, Landmark Organization, L.P., filed a motion
for emergency stay and petition for writ of mandamus in the above cause on
February 9, 2006. Having examined and fully considered the motion and petition
for writ of mandamus, the Court is of the opinion that (1)  relator has not shown itself entitled to the
relief sought and, thus, (2) the motion and petition must be denied.  See Tex.
R. App. P. 52.8(a).  Accordingly,
the motion for emergency stay is DENIED and the petition for writ of mandamus
is DENIED.

PER CURIAM

 

Memorandum Opinion
delivered and filed

this
10th day of February, 2006.